# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PATRICK J. KNIGHT,<br><br>                      Plaintiff,<br><br>v.<br><br>JOHN DOE and TRUIST FINANCIAL CORPORATION,<br><br>                      Defendants. | Case No. 22-CV-567-JPS<br><br>**ORDER** |

      This matter having come before the Court on Plaintiff's May 13, 2022 application for an emergency ex parte temporary restraining order, ECF Nos. 1, 2,

      Now, upon all of the records and proceedings had herein,

      **IT IS ORDERED** that Truist Financial Corporation direct its branch location of Truist Bank, formerly operating as BB&T Bank, located at 1099 Broad Street in Sumter, South Carolina, 29150, to immediately freeze all assets within and transfers from Bank Account Number: 1100019472971, Routing Number: 263191387, and that the holder of the same bank account, "John Doe"(whose identity remains unknown at this time), be prohibited from removing any assets from said account. Such injunctive relief is necessary to halt an ongoing and imminent fraud upon plaintiff Patrick J. Knight, First Midwest Bank, Heritage Title Services, Inc., and Truist Financial Corporation.

Dated at Milwaukee, Wisconsin, this 13th day of May, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge